JOHN DISTLER, Appellant, *v.* J. CHR. G. HUPFEL BREW-
ING COMPANY, Respondent.

*Distler* v. *Hupfel Brewing Co.*, 143 App. Div. 902, affirmed.
(Argued December 8, 1913; decided December 30, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 26, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Frederick E. Fishel* and *John Patrick O'Brien* for appellant.

*Theodore H. Lord* and *Lyman A. Spalding* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.